# EXHIBIT 1

# NATIONWIDE LEGAL

**PROCESS INSTRUCTIONS**
PHONE (619) 232-7500
FAX (619) 232-7600

**SD56911**



**Server: UNASSIGNED**

030 - STANDARD PROCESS (48 to 72 HRS)
2020 SEP 30 P 9 45

| FIRM NAME: & ADDRESS: | CUST #: SD2012 | COURT: |
|---|---|---|

MURCHISON & CUMMING LLP - SD
750 B Street
San Diego CA, 92101

PHONE #:(619) 544-6838
FAX #:

**DUE DATE #: 10/2/2020**
**HEARING DATE #:**

SAN DIEGO/SAN DIEGO SUPERIOR COURT
330 W. BROADWAY, SAN DIEGO, CA 92101-3409
CASE# 37-2020-00031995-CU-OR-CTL
CASE TITLE: Vista Verde Master Association VS. Broker
Solutions, Inc., et al. and DOES 1 through 25

CONTACT: Saneida R. Slayton EMAIL: sslayton@murchisonlaw.com
BILLING / FILE #: 45974
DATE / RECEIVED: 9/29/2020

---

**INSTRUCTIONS: PLEASE SERVE THE ATTACHED DOCUMENTS**

Servee: **Internal Revenue Service**
**U.S. Attorney's Office**

Business Address: **U.S. Attorney's Office Southern District of California**
**800 Front St Rm 6293**
**San Diego, CA 92101-8801**

Documents:

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; Notice of Case Assignment and Cae Management
Conference; Notice of Eligibility to eFile and Assignment to Imaging Department;;

| DATE | TIME | DRIVER # | NOTES FROM SERVER(S) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Physical Description:
Age:          Height:          Skin:          Hair:          ☐ Personal Service
Sex:          Weight:          Eyes:                          ☐ Substituted Service
Marks:
                                                              ☐ Not Served

Served To: Larry L. Chaney          Title/Rel: LAS
Served At:                          Date: 30 SEPT 2020
                                    Time:
                                    Server:



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

RECEIVED
SAN DIEGO, C.A.
2020 SEP 30 P 3: 49

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**
2020 SEP 11   AM 12: 44

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
VISTA VERDE MASTER ASSOCIATION, a California Domestic Nonprofit Corporation

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: (El nombre y dirección de la corte es): SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO CENTRAL DIVISION 330 W. Broadway San Diego, CA 92101 | CASE NUMBER: (Número del Caso): 37-2020-00031995-CU-OR-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Joseph F0x, Esq. (619) 544-6838
MURCHISON & CUMMING, LLP
750 B Street, San Diego, CA 92101

| DATE: (Fecha) SEP 1 4 2020 | Clerk, by (Secretario) G. Dixon-Cosby | , Deputy (Adjunto) |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Internal Revenue Service
under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☒ other (specify): Public entity
4. ☐ by personal delivery on (date): 9/30/20

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | American LegalNet, Inc. www.FormsWorkflow.com | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|---|

SUM-200(A)

| SHORT TITLE:<br>VISTA VERDE MASTER ASSOCIATION vs. BROKER SOLUTIONS, INC. et al., and DOES1 through 25 inclusive | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING, LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT, and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1 through 25, inclusive

Page __2__ of __2__

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 450-7069 |

RECEIVED
SAN DIEGO, CA
2020 SEP 30 P 3:49

PLAINTIFF(S) / PETITIONER(S):     Vista Verde Master Association

DEFENDANT(S) / RESPONDENT(S):    Broker Solutions Inc et.al.

VISTA VERDE MASTER ASSOCIATION VS BROKER SOLUTIONS INC [IMAGED]

| **NOTICE OF CASE ASSIGNMENT** **and CASE MANAGEMENT CONFERENCE** | **CASE NUMBER:** 37-2020-00031995-CU-OR-CTL |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge: Katherine Bacal                                             Department: C-69

## COMPLAINT/PETITION FILED: 09/11/2020

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 04/02/2021 | 09:00 am | C-69 | Katherine Bacal |

Due to the COVID-19 pandemic, all hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. For information on arranging telephonic or video appearances, contact CourtCall at (888)882-6878, or at www.courtcall.com. Please make arrangements with CourtCall as soon as possible.

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

**NOTICE OF CASE ASSIGNMENT**



## Superior Court of California
## County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.

This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2020-00031995-CU-OR-CTL     CASE TITLE: Vista Verde Master Association vs Broker Solutions Inc [IMA

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:

(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), **and**
(3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR

ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

**Potential Advantages**
- Saves time
- Saves money
- Gives parties more control over the dispute resolution process and outcome
- Preserves or improves relationships

**Potential Disadvantages**
- May take more time and money if ADR does not resolve the dispute
- Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable

## Most Common Types of ADR

You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

1

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
* In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
* In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway | |
| MAILING ADDRESS: 330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |

| PLAINTIFF(S): Vista Verde Master Association | |
|---|---|
| DEFENDANT(S): Broker Solutions Inc DBA New American Funding et.al. -- | |
| SHORT TITLE: VISTA VERDE MASTER ASSOCIATION VS BROKER SOLUTIONS INC [IMAGED] | |

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: 37-2020-00031995-CU-OR-CTL |
|---|---|

Judge: Katherine Bacal                               Department: C-69

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                 ☐ Non-binding private arbitration

☐ Mediation (private)                         ☐ Binding private arbitration

☐ Voluntary settlement conference (private)   ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                 Date: _____

Name of Plaintiff                             Name of Defendant

Signature                                     Signature

Name of Plaintiff's Attorney                  Name of Defendant's Attorney

Signature                                     Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

IT IS SO ORDERED.

Dated: 09/14/2020                             JUDGE OF THE SUPERIOR COURT

| SDSC CIV-359 (Rev 12-10) | STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION | Page: 1 |
|---|---|---|

3

CM-010

**COPY**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Joseph Fox, Esq.        57036
Murchison & Cumming, LLP
750 B Street, Suite 2550
San Diego, CA 92101
**TELEPHONE NO:** 619/544/6838        **FAX NO:** 619-544-1568
**ATTORNEY FOR** *(Name):* VISTA VERDE MASTER ASSOCIATION

FOR COURT USE ONLY
FILED
CIVIL BUSINESS OFFICE
CENTRAL DIVISION

2020 SEP 11  AM 12: 45

SUPERIOR COURT OF CALIFORNIA
SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
**STREET ADDRESS:** 330 W. Broadway
**MAILING ADDRESS:** 330 W. Broadway
**CITY AND ZIP CODE:** San Diego, CA 92101
**BRANCH NAME:** CENTRAL

**CASE NAME:** Vista Verde Master Association vs. Broker Solutions, Inc., et al. and DOES 1 through 25 inclusive

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | **CASE NUMBER:** 37-2020-00031995-CU-OR-CTL |
|---|---|---|
| ☒ **Unlimited** (Amount demanded exceeds $25,000)   ☐ **Limited** (Amount demanded is $25,000 or less) | ☐ **Counter**   ☐ **Joinder**  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **JUDGE:**  **DEPT:** |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☒ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation**
(Cal. Rules of Court, rules 3.400–3.403)
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: September 10, 2020

Joseph Fox, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov



COPY

ᴡᴀꜱᴛᴇʀɴ ᴅᴇꜱᴛᴠᴏʟ ꜱ ᴏꜰ ᴇᴀꜱ
CENTRAL DIVISION

2020 SEP 11  AM 12: 45

1 Joseph Fox (SBN 57036)
   **MURCHISON & CUMMING, LLP**
2 750 B Street, Suite 2550
   San Diego, California 92101-8114
3 Telephone: (619) 544-6838
   Facsimile: (619) 544-1568
4 E-Mail    jfox@murchisonlaw.com

5 Attorneys for Plaintiff VISTA VERDE MASTER
   ASSOCIATION, a California Domestic
6 Nonprofit Corporation

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11 VISTA VERDE MASTER ASSOCIATION,          CASE NO.  37-2020-00031995-CU-OR-CTL
    a California Domestic Nonprofit
12 Corporation,                             **COMPLAINT TO QUIET TITLE**

13              Plaintiff,

14      vs.

15 BROKER SOLUTIONS, INC. dba NEW
    AMERICAN FUNDING, a Corporation,
16 MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., acting
17 solely as a nominee for BROKER
    SOLUTIONS, INC. dba NEW AMERICAN
18 FUNDING, a Corporation, LAKEVIEW
    LOAN SERVICING, LLC, MCT GROUP,
19 SAN DIEGO COUNTY DEPARTMENT OF
    CHILD SUPPORT SERVICES,
20 INTERNAL REVENUE SERVICE, OTAY
    WATER DISTRICT, and All Persons
21 Unknown, Claiming Any Legal or
    Equitable Right, Title, Estate, Lien, or
22 Interest in the Property Described
    in the Complaint Adverse to Plaintiff's
23 Title, or Any Cloud On Plaintiff's Title
    Thereto and DOES 1 through 25,
24 inclusive,

25              Defendants.

26      1.      Plaintiff Vista Verde Master Association is and at all times mentioned in this

27 Complaint, was a California Domestic Nonprofit Corporation.

28

By Fax

1

1    2.    Plaintiff is informed and believes that Defendants: BROKER SOLUTIONS,
2 INC. dba NEW AMERICAN FUNDING, a Corporation, was the lender under a Deed of
3 Trust for the property at 1673 Brezar Street, Chula Vista, California 91913 (the "Property"),
4 which Property is the subject of this lawsuit, recorded on September 9, 2015 as Document
5 Number 2015-0475443 with the San Diego County Recorder; MORTGAGE ELECTRONIC
6 REGISTRATION SYSTEMS, INC., is designated as the nominee for BROKER
7 SOLUTIONS, INC. dba NEW AMERICAN FUNDING, in the foregoing referenced Deed of
8 Trust; LAKEVIEW LOAN SERVICING, LLC, is the Assignee of the Deed of Trust of
9 BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING pursuant to an Assignment
10 of Deed of Trust recorded on January 18, 2018 as Document Number 2018-0020172 with
11 the San Diego County Recorder, LAKEVIEW LOAN SERVICING, LLC also recorded a
12 Notice of Pendency of Action for a lawsuit it filed against Alejandro C. Munoz, concerning
13 the Property in San Diego Superior Case No. 37-2019-00019553-CU-OR-CTL; MCT
14 GROUP is a judgment creditor of Alejandro Munoz aka Alejandro C. Munoz, one of the
15 former owners of the Property, for a judgment obtained on July 3, 2013, and obtained an
16 Abstract of Judgment on August 12, 2013 in San Diego Superior Court Case No. 37-2012-
17 00099971-CL-CL-CTL, and recorded it as Document Number 2013-0504742 with the San
18 Diego County Recorder; SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT
19 SERVICES is an assignee of the judgment creditor of Alejandro Munoz, Olga Munoz, one
20 of the former owners of the Property, for a judgment for payment of spousal, family, or
21 child support, obtained on July 5, 2011 in San Diego Superior Case No. DS43354, and
22 recorded an Abstract of Judgment on May 11, 2016 as Document Number 2016-0226432
23 with the San Diego County Recorder; INTERNAL REVENUE SERVICE filed a Notice of
24 Federal Tax Lien on Alejandro C. Munoz on March 2, 2017, and recorded it on March 16,
25 2017 as Document Number 2017-0121862 with the San Diego County Recorder; OTAY
26 WATER DISTRICT recorded a Notice of Lien against Alejandro C. Munoz for unpaid
27 water, system and sewer charges for the Property on December 20, 2019 and recorded it
28

2

1  on December 27, 2019 as Document Number 2019-0608261 with the San Diego County
2  Recorder.

3       3.     Plaintiff does not know the true names of Defendants All Persons Unknown,
4  Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property
5  Described in the Complaint Adverse to Plaintiff's Title or Any Cloud on Plaintiff's Title
6  Thereto and Does 1 through 25, inclusive, and therefore sues them by those fictitious
7  names. Plaintiff is informed and believes and on that basis alleges that each of the DOE
8  defendants claims, or may claim some interest in the real property described in paragraph
9  5 of this Complaint. The names, capacities and relationships of defendants names Does 1
10 through 25 will be alleged by amendment to this Complaint when they are known.
11

12      4.     Plaintiff is informed and believes and on that basis alleges, that at all times
13 mentioned in this Complaint, defendants were the agents and employees of their co-
14 defendants, and in doing the things alleged in this Complaint were acting within the course
15 and scope of that agency and employment.

16      5.     Plaintiff is the owner in fee and is in possession of real property and
17 improvements located at 1673 Brezar Street, Chula Vista, California 91913, Assessor's
18 Parcel Number 644-260-56-00 and specifically described as:
19
20          LOT 56 OF CITY TRACT O. 05-07 MCMILLAN OTAY RANCH VILLAGE 7,
            R-1B, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DUEGO, STATE
            OF CALIFORNIA, ACCORDING TO MAP NO. 15106, FILED IN THE OFFICE
21          OF THE SAN DIEGO COUNTY RECORDER OF SAN DIEGO COUNTY,
            SEPTEMBER 19,   2005.
22

23      6.     The Property was purchased by Alejandro C, Munoz, as an unmarried man,
24 on September 9, 2015. On November 5, 2015 he transferred title to the property to himself,
25 as an unmarried man, and to Gisela Ivette Zamingir, an unmarried woman, as joint
26 tenants.

27

28

3

7.     On September 7, 2018, Plaintiff issued a Notice of Delinquent Assessment against the Property, and recorded it on September 7, 2018 as Document Number 2018-0370241 with the San Diego County Recorder. On June 7, 2019 Plaintiff, through its attorneys, issued a Notice of Default and Election to Sell Under Assessment Lien to Alejandro C. Munoz and Gisela Ivette Zamingir for nonpayment of their past due assessments for the Property, and recorded it on June 7, 2019 as Document Number 2019-0221499 with the San Diego County Recorder. After Alejandro C. Munoz and Gisela Ivette Zamingir failed to pay their past due assessments to Plaintiff, it's attorneys issued a Notice of Trustee's Sale, pursuant to Civil Code §5715, for January 13, 2020 and recorded the Notice on December 9, 2019 as Document Number 2019-0571249 with the San Diego County Recorder. On January 13, 2020 the non-judicial foreclosure sale was conducted and Plaintiff was the successful bidder for the Property. Plaintiff's attorneys issued a Certificate of Non-Judicial Foreclosure Sale Subject to Right of Redemption on January 13, 2020 and recorded the document on January 14, 2020 as Document Number 2020-0019087 with the San Diego County Recorder. Plaintiff obtained a fee simple title to the Property after Alejandro C. Munoz and Gisela Ivette Zamingir failed to redeem the Property within the 90 day period from the date of the foreclosure auction and Plaintiff's attorneys issued a Trustee's Deed Upon Sale on April 17, 2020 and recorded the document on May 21, 2020 as Document Number 2020-0259586 with the San Diego County Recorder.

8.     Plaintiff is informed and believes and on that basis alleges that Defendants claim an interest adverse to Plaintiff's title in the Property. These claims are without any right and Defendants have no right, title, estate, lien or interest in the Property

9.     Plaintiff seeks a determination of its fee simple title in this action as of the date of the Trustee's Deed Upon Sale of April 17, 2020.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.     For judgment quieting Vista Verde Master Association's fee simple title to the

4

1    Property, and that Defendants have no right, title or interest in or to the Property;

2      2.     For attorney's fees according to proof;

3      3.     For costs of suit; and

4      4.     For any other and further relief the court considers proper.

5    DATED: September 10, 2020       **MURCHISON & CUMMING, LLP**

7

8                         By:

Joseph Fox, Attorneys for Plaintiff, Vista
Verde Master Association, a California
Domestic Nonprofit Corporation

## VERIFICATION

I am plaintiff in this action. I have read this Complaint to Quiet Title and it is true of my own knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 10 , 2020

Rebecca Eusey, President Vista Verde
Master Association

Philip H. Franklin (SBN 76446)
E-mail: pfranklin@mauricewutscher.com
MAURICE WUTSCHER LLP
155 N. Riverview Drive, Suite 100
Anaheim Hills, California 92808
Tel. (657) 223-6487
Facsimile: (866) 581-9302
*Attorneys for Broker Solutions, Inc.*
*d/b/a New American Funding*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**10/16/2020** at 01:04:00 PM

Clerk of the Superior Court
By Connie Hines, Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION, a California Domestic Nonprofit Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; LAKEVIEW LOAN SERVICING, LLC; MCT GROUP; SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; INTERNAL REVENUE SERVICE; OTAY WATER DISTRICT, and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.: 37-2020-00031995-CU-OR-CTL<br><br>**STIPULATION AND DISCLAIMER OF INTEREST BY BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING**<br><br>**STIPULATION TO DISMISS BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING BY PLAINTIFF** |

Defendants, BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING ("NAF"), and Plaintiff VISTA VERDE MASTER ASSOCIATION ("Plaintiff"), hereby stipulate and agree as follows:

//

## Disclaimer of Interest by NAF

1.     On September 11, 2020, Plaintiff filed its Complaint to Quiet Title ("Complaint") concerning its ownership interest of the certain real property commonly known as 1673 Brezar Street, Chula Vista, California 91913 ("Property").

2.     NAF is named as defendants in the Complaint due to its alleged interest in the Deed of Trust recorded on September 9, 2015 as Document No. 2015-0475443 with the San Diego County Recorder against the Property ("DOT"). NAF is the named Lender under the DOT.

3.     Plaintiff claims an ownership interest of the Property resulting from the foreclosure on its delinquent assessment lien first recorded against the Property on September 7, 2018 as Document No. 2018-0370241 with the Sand Diego County Recorder ("Assessment Lien").

4.     Plaintiff purchased the Property at a non-judicial sale on January 13, 2020 with Plaintiff being the successful bidder. A Trustee's Deed conveying the Property to Plaintiff was executed on April 17, 2020 and recorded on May 21, 2020 as Document No. 2020-0259586 with the San Diego County Recorder ("Plaintiff's Trustee Deed").

5.     NAF sold and assigned all of its rights title and interest in the Property and DOT, and no longer has or claims any ownership, lien, or other interest in or to any or all parts of the Property.

6.     NAF's disclaimer of interest shall not affect, impact, or in any way modify, release, affect, or impair the rights or obligations of the rightful parties to the DOT, including without limitation NAF's successors and assigns to the DOT and other loan documents secured by the DOT.

## Stipulation to Dismiss NAF

7.     Plaintiff hereby agrees to not pursue a claim or seek a judgment against NAF in this matter for the entry of monetary damages, fees, attorneys' fees or costs, and hereby stipulates

1   and agrees to the dismissal of NAF from all claims in the Complaint.

2

3

4

5   Dated:  October 15, 2020                    Stipulated and Agreed to by:

6

7   **MAURICE WUTSCHER LLP**                    **MURCHISON & CUMMING, LLP**

8

9   _____                    _____
    Philip H. Franklin (SBN 76446)              Joseph Fox (SBN 57036)

10
    Attorneys for Defendants                    Attorneys for Plaintiff
11  *Broker Solutions, Inc. d/b/a New American*  *Vista Verde Master Association*
    *Funding*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Certificate of Service**

2       I, the undersigned, declare that I am over the age of 18 and am not a party to this action.
3   I am employed in the County of Orange, California; my business address is 155 N. Riverview
    Drive, Suite 100, Anaheim Hills, CA 92808.

4       On the date below I caused to be served a copy, with all exhibits, of the following
5   document(s):

6   **STIPULATION AND DISCLAIMER OF INTEREST BY BROKER SOLUTIONS, INC.
    d/b/a NEW AMERICAN FUNDING; and**

7
8   **STIPULATION TO DISMISS BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN
    FUNDING BY PLAINTIFF**

9   on all interested parties in said case addressed as follows:

10  Joseph Fox (SBN 57036)
11  MURCHISON & CUMMING, LLP
    750 B Street, Suite 2550
12  San Diego, CA 92101-8114
    Email: jfox@murchisonlaw.com
13

14  **[X] (BY ELECTRONIC MAIL)**  Based on an agreement of the parties to accept service by
    electronic mail, I personally e-mailed the above-referenced documents to the recipients
15  identified herein.

16  **[X] (BY U.S. MAIL)** I caused the above-referenced document to be placed in a sealed envelope
    addressed to the recipients identified herein with postage thereon fully prepaid and deposited
17  with the United States Postal Service in Beachwood, Ohio.

18  **[ ] (BY OVERNIGHT DELIVERY)**  I caused the enclosed the documents to be placed in an
19  envelope or package provided by an overnight delivery carrier and addressed to the persons at
    the addresses herein. I caused the envelope or package to be placed for collection and overnight
20  delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

21      I declare under penalty of perjury under the laws of the State of California that the
22  foregoing is true and correct.  I declare that I am a member of the Bar of this Court at whose
    direction the service was made.  This declaration is executed on **October 16, 2020.**

23

24  _____
                 Philip H. Franklin
25

26

27

28

---

ORIGINAL

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: 57036 | FOR COURT USE ONLY |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY:**    **STATE BAR NO:** 57036
NAME: JOSEPH FOX, ESQ.
FIRM NAME: MURCHINSON & CUMMING, LLP
STREET ADDRESS: 750 B Street, Suite 2550
CITY: San Diego    STATE: CA    ZIP CODE: 92101
TELEPHONE NO.: 619.544.6838    FAX NO.: 619.544.1568
E-MAIL ADDRESS: jfox@murchisonlaw.com
ATTORNEY FOR (Name): VISTA VERDE MASTER ASSOCIATION

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

Plaintiff/Petitioner: VISTA VERDE MASTER ASSOCIATION

Defendant/Respondent: BROKER SOLUTIONS, INC., etc., et al.

**REQUEST FOR DISMISSAL**

*(FOR COURT USE ONLY)*
CIVIL BUSINESS OFFICE
CENTRAL DIVISION

OCT 19 2020 OCT 19 P 4:1

F I L E D
Clerk of the Superior Court
SW DIEGO COUNTY, CA

OCT 1 9 2020

By:_____, Deputy

**FILE BY FAX**

CASE NUMBER:
37-2020-00031995-CU-OR-CTL

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name):      on (date):
   (4) ☐ Cross-complaint filed by (name):      on (date):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☒ Other (specify):* Defendant County of San Diego only

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: October 19, 2020

JOSEPH FOX
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross Complainant

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):    as to only (name):
6. ☑ Dismissal not entered as requested for the following reasons (specify):
   Defendant name does not match court records.
   Defendant is missing (ESA) discription on dismissal

7. a. ☑ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to be conformed ☐ means to return conformed copy

Date: OCT 21 2020

Clerk, by _____ V. Chanez   R. Chanez , Deputy   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| | |
|---|---|
| Plaintiff/Petitioner: VISTA VERDE MASTER ASSOCIATION<br>Defendant/Respondent: BROKER SOLUTIONS, INC., etc., et al. | CASE NUMBER:<br>37-2020-00031995-CU-OR-CTL |

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action.  *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court  *(check one):*    Yes    No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

▶

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                                (SIGNATURE)

*0*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**10/23/2020** at 10:57:00 AM
Clerk of the Superior Court
By Cecile Van Pelt, Deputy Clerk

ARTIANO SHINOFF

1 | ARTIANO SHINOFF
Jeanne Blumenfeld, Esq. (SBN 157441)
2 | jblumenfeld@as7law.com
Jesse Basel, Esq. (SBN 285008)
3 | jbasel@as7law.com
2488 Historic Decatur Road, Suite 200
4 | San Diego, California 92106
Telephone: 619-232-3122
5 | Facsimile: 619-232-3264

6 | Attorneys for Defendant
OTAY WATER DISTRICT
7 |

*Exempt from filing fee -
Government Code sections 6103 & 26857*

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **FOR THE COUNTY OF SAN DIEGO - CENTRAL JUSTICE CENTER**

10 |

11 | VISTA VERDE MASTER ASSOCIATION,
a California Domestic Nonprofit
12 | Corporation,

Case No.: 37-2020-00031995-CU-OR-CTL

13 | Plaintiff,

**DEFENDANT OTAY WATER
DISTRICT'S DISCLAIMER OF
INTEREST**

14 | v.

**IMAGED FILE**

15 | BROKER SOLUTIONS, INC. dba NEW
AMERICAN FUNDING, a Corporation,
16 | MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., acting
17 | solely as a nominee for BROKER
SOLUTIONS, INC. dba NEW AMERICAN
18 | FUNDING, a Corporation, LAKEVIEW
LOAN SERVICING, LLC, MCT GROUP,
19 | SAN DIEGO COUNTY DEPARTMENT OF
CHILD SUPPORT SERVICES,
20 | INTERNAL REVENUE SERVICE, OTAY
WATER DISTRICT, and All Persons
21 | Unknown, Claiming Any Legal or
Equitable Right, Title, Estate, Lien, or
22 | Interest in the Property Described
in the Complaint Adverse to Plaintiff's
23 | Title, or Any Cloud On Plaintiff's Title
Thereto and DOES 1 through 25,
24 | inclusive,,

25 | Defendant.

Judge:    Hon. Katherine Bacal
Dept.:    C-69

Complaint Filed:    September 11, 2020
Trial Date:    Not Yet Set

26 |

27 | Answering Plaintiff's complaint, Defendant Otay Water District, a municipal water

28 | district formed and organized under the laws of the State of California, on behalf of itself and

1

**DEFENDANT OTAY WATER DISTRICT'S DISCLAIMER OF INTEREST**

on behalf of any and all of its related entities including, but not limited to, its successors in interest and assigns, hereby disclaims any and all right, title, claim, or ownership in the real property at issue in this litigation, which is located at 1673 Brezar Street, Chula Vista, California 91913, Assessor's Parcel Number 644-260-56-00 and specifically described as:

LOT 56 OF CITY TRACT O. 05-07 MCMILLAN OTAY RANCH VILLAGE 7, R-1B, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP NO. 15106, FILED IN THE OFFICE OF THE SAN DIEGO COUNTY RECORDER OF SAN DIEGO COUNTY,

SEPTEMBER 19, 2005.

WHEREFORE, Defendant Otay Water District prays that it be dismissed from this action with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: October 22. 2020

By: _____
Jose Martinez. General Manager
Otay Water District

Dated: October 22, 2020

ARTIANO SHINOFF

By: _____
Jeanne Blumenfeld
Jesse Basel
Attorneys for Defendant OTAY WATER DISTRICT

2

DEFENDANT OTAY WATER DISTRICT'S DISCLAIMER OF INTEREST

AS7 Law San Diego/004344/000002/PL/S0483003.DOCX