UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT,<br><br>Defendants. | Case No.: 20-CV-2134-BEN-KSC<br><br>**ORDER GRANTING MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

Defendant the Internal Revenue Service filed a Motion for an Extension of Time to Respond to Complaint. ECF No. 4. For good cause shown, the Court **GRANTS** the motion. Defendant IRS may file its answer or responsive pleading on or before November 30, 2020.

**IT IS SO ORDERED.**

Dated: November 9, 2020

_____

**HON. ROGER T. BENITEZ**
United States District Judge