UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br><br>            Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT,<br><br>            Defendants. | Case No.:  20-CV-2134-BEN-KSC<br><br>**ORDER GRANTING MOTION TO EXTEND DEFENDANT LAKEVIEW SERVICING LLC'S TIME TO RESPOND TO COMPLAINT** |

    Defendant Lakeview Servicing LLC filed a Motion for an Extension of Time to Respond to Complaint.  ECF No. 7.  For good cause shown, the Court **GRANTS** the motion. Defendant Lakeview Servicing LLC may file its answer or responsive pleading on or before November 30, 2020.

    **IT IS SO ORDERED.**

    Dated: November 19, 2020

                                                            **HON. ROGER T. BENITEZ**
                                                            United States District Judge