**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Patrick J. Kane (SBN 273103)
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Telephone: 858-509-6000
Facsimile:  858-509-6040
patrick.kane@troutman.com

*Attorneys for Defendant,*
LAKEVIEW SERVICING LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION, a California Domestic Nonprofit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; LAKEVIEW SERVICING, LLC; MCT GROUP; SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; INTERNAL REVENUE SERVICE; OTAY WATER DISTRICT, and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:20-CV-02134-BEN-KSC<br><br>**JOINT MOTION RE: DEFENDANT LAKEVIEW SERVICING LLC'S LIEN PRIORITY AND LIMITED PARTICIPATION**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: September 11, 2020 |

///

Defendant, Lakeview Servicing LLC ("Lakeview") and Plaintiff Vista Verde Master Association ("Plaintiff") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

### *RECITALS*

WHEREAS, Plaintiff filed the underlying complaint in the Superior Court of California, San Diego County, titled *Vista Verde Master Association v. Lakeview LLC, et. al.*, Case No. 37-2020-00031995-CU-OR-CTL (the "Complaint").

WHEREAS, Plaintiff acknowledges that Lakeview currently holds a first priority lien against the Property by way of a Deed of Trust ("DOT") recorded with the San Diego County Recorder's Office on September 9, 2015 as Document No. 2015-0475443 and through a subsequent Assignment of Deed of Trust recorded with the San Diego County Recorder's Office on January 18, 2018 as Document No. 2018-0020172 (the "ADOT").

WHEREAS, Plaintiff's Complaint does not allege Lakeview committed any wrongdoing or that Lakeview is liable for any of Plaintiff's alleged damages or other relief.  Lakeview is a necessary but nominal party.

WHEREAS, the Parties seek to limit Lakeview's costs by entering into this Stipulation which, if approved by this Court, will recognize that Lakeview is the holder of a superior first priority lien.

WHEREAS, the Parties further agree that a facsimile or PDF signature on this Stipulation may be used in lie of an original for all purposes.

### **AGREEMENT**

1. Plaintiff recognizes the first position lien of the DOT held by Lakeview and agrees to not seek any relief that would challenge the existence of the DOT, the amount due on the loan secured by the DOT, the first lien position of the DOT, or any other relief that would impact the rights and interests of Lakeview.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

2. No judgment in this action shall disrupt or invalidate Lakeview's DOT, security interest, or other recorded lien that pertains to the Property and any judgment impacting title shall contain an acknowledgment of the existence and first position lien priority of the DOT.

3. Plaintiff agrees to forgo seeking a monetary judgment against Lakeview.

4. Plaintiff shall submit no pleading or proposed order to the Court that contradicts the terms of this Stipulation as to lien priority.

5. Nothing in this Stipulation is to be construed as altering, modifying or releasing in whole or part the rights, obligations, and remedies under the DOT, Lakeview's security interest, and the respective promissory note secured thereby.

6. Lakeview hereby consents to the jurisdiction of this Court.

7. The Parties agree they shall bear their own attorneys' fees and costs up to and including the entry of a final judgment.

8. The Parties agree that the Stipulation will constitute Lakeview's response to the Complaint and that Lakeview does not need to file an Answer and Affirmative Defenses to the Complaint.

9. Lakeview will not be required to respond to discovery, appear at trial, or participate in settlement conference or other future litigation in this action. Lakeview remains in this action solely for the purpose of permitting the Court to enter a final judgment in this action.

///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated:  December 3, 2020          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:    /s/Patrick J. Kane
       Patrick J. Kane

*Attorneys for Defendant,*
LAKEVIEW SERVICING LLC

Dated: December 3, 2020          **MURCHISON & CUMMING, LLP\**

By:    /s/ Joseph Fox_____
       Joseph Fox

*Attorneys for Plaintiff,*
VISTA VERDE MASTER ASSOCIATION