**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Patrick J. Kane (SBN 273103)
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Telephone: 858-509-6000
Facsimile:  858-509-6040
patrick.kane@troutman.com

*Attorneys for Defendant,*
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION, a California Domestic Nonprofit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; LAKEVIEW SERVICING, LLC; MCT GROUP; SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; INTERNAL REVENUE SERVICE; OTAY WATER DISTRICT, and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:20-CV-02134-BEN-KSC<br><br>**JOINT MOTION RE: DEFENDANT MERS' DISCLAIMER OF INTEREST AND DISMISSAL FROM THE INSTANT ACTION**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: September 11, 2020 |

/ / /

Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS") and Plaintiff Vista Verde Master Association ("Plaintiff") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

## *RECITALS*

WHEREAS, Plaintiff filed the underlying complaint in the Superior Court of California, San Diego County, titled *Vista Verde Master Association v. Lakeview LLC, et. al.*, Case No. 37-2020-00031995-CU-OR-CTL (the "Complaint") concerning its ownership interest in real property commonly known as 1673 Brezar Street, Chula Vista, California 91913 (the "Property").

WHEREAS, MERS is named as a defendant in the instant action due to its interest in a Deed of Trust recorded with San Diego County Recorder's Office on September 9, 2015 as Document No. 2015-0475443 (the "DOT").

WHEREAS, Plaintiff claims an interest in the Property via a Trustee's Deed Upon Sale dated April 17, 2020 and recorded with the San Diego County Recorder's Office on May 21, 2020 as Document No. 2020-0259586.

WHEREAS, MERS assigned any rights and interests it may have in the Property and/or the DOT, and no longer has or asserts any ownership, lien, or other interest in or to any or all parts of the Property.

WHEREAS, MERS' disclaimer of interest shall have no effect, impact, or in any way modify, release, or impair the rights or obligations of the parties to the DOT, including without limitation, MERS' successors and assigns to the DOT and other loan documents secured by the DOT.

## **AGREEMENT**

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. MERS hereby disclaims any and all interest in the Property and/or the DOT.

2. MERS' disclaimer of interest shall have no effect, impact, or in any way modify, release, or impair the rights or obligations of the parties to the DOT,

including without limitation, MERS' successors and assigns to the DOT and other loan documents secured by the DOT.

3. Plaintiff hereby agrees to not pursue any claims or seek any judgment against MERS in the instant action for money damages, attorneys' fees and costs, and any other related relief.

4. Plaintiff hereby agrees to dismiss MERS from the instant action upon the Court's approval of the instant Disclaimer of Interest.

**IT IS SO STIPULATED.**

Dated:  December 3, 2020         **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:    /s/Patrick J. Kane
       Patrick J. Kane

*Attorneys for Defendant,*
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Dated: December 3, 2020          **MURCHISON & CUMMING, LLP\**

By:    /s/ Joseph Fox_____
       Joseph Fox

*Attorneys for Plaintiff,*
VISTA VERDE MASTER ASSOCIATION