FILED

DEC 1 1 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br>Plaintiff,<br>v.<br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT,<br>Defendants. | Case No.: 20-CV-2134-BEN-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION REGARDING DEFENDANT LAKEVIEW SERVICING LLC'S LIEN PRIORITY AND LIMITED PARTICIPATION**<br><br>[ECF No. 12] |

On December 3, 2020, Plaintiff Vista Verde Master Association ("Plaintiff") and Defendant Lakeview Loan Servicing LLC ("Lakeview") filed a "Joint Motion" seeking an order that would, *inter alia*, determine "Lakeview holds a first position lien" on the property at issue in the case. Counsel for Plaintiff and Lakeview agreed to this proposed order, but there is no indication that the other Defendants in this case have been given notice of this Joint Motion or concur with the proposed order. Further, Plaintiff and Lakeview do not address in their Joint Motion how this order may affect the rights of the other Defendants to this action.

Accordingly, the Court DENIES the motion without prejudice. If Plaintiff and Lakeview desire to re-file their Joint Motion, they must file a memorandum and points of authorities. *See* Civ. L.R. 7.2(b). Alternatively, Plaintiff and Lakeview may re-file the Joint Motion with concurrence from all Defendants named in the action.

**IT IS SO ORDERED.**

Dated: December 10, 2020

HON. ROGER T. BENITEZ
United States District Judge