FILED
DEC 1 1 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT,<br><br>Defendants. | Case No.: 20-CV-2134-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION DISCLAIMING MERS' INTEREST IN THE PROPERTY AT ISSUE AND DISMISSAL FROM THE INSTANT ACTION**<br><br>[ECF No. 13] |

The Court, having considered Defendant Mortgage Electronic Registration Systems, Inc.'s ("MERS") and Plaintiff Vista Verde Master Association's ("Plaintiff") (collectively, the "Parties") Joint Motion and Stipulation for Disclaimer of Interest and Dismissal (the "Joint Motion"), and good cause appearing, it is hereby ORDERED that:

    1.    The Parties' Joint Motion is hereby GRANTED.

    2.    MERS disclaims any and all interest in the Property and/or the Deed of Trust (the "DOT").

3.  The Joint Motion shall have no effect, impact, or in any way modify, release, or impair the rights or obligations of the parties to the DOT, including without limitation, MERS' successors and assigns to the DOT and other loan documents secured by the DOT.

4.  Plaintiff cannot pursue any claims or seek any judgment against MERS in the instant action for money damages, attorneys' fees and costs, and any other related relief.

5.  MERS is hereby dismissed from the instant action.

**IT IS SO ORDERED.**

Dated: December //, 2020

HON. ROGER T. BENITEZ
United States District Judge