UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br><br>              Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; LAKEVIEW LOAN SERVICING LLC; MCT GROUP; SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; INTERNAL REVENUE SERVICE; and OTAY WATER DISTRICT,<br><br>              Defendants. | Case No.:  3:20-cv-02134-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION RE: DISCLAIMER OF INTEREST AND NOTICE OF LIMITED PARTICIPATION OF PLAINTIFF AND COUNTER DEFENDANT VISTA VERDE MASTER ASSOCIATION**<br><br>[ECF Nos. 21, 37] |

      This matter comes before the Court on a Joint Motion and Stipulation for Disclaimer of Interest and Notice of Limited Participation of Plaintiff and Counter-

1

Defendant Vista Verde Master Association ("Vista Verde") (the "Joint Motion").  ECF No. 37.  The Joint Motion was filed by Plaintiff/Counter-Defendant Vista Verde, Defendant/Counter-Plaintiff the United States and Defendant Lakeview Loan Servicing, LLC.  Defendant MCT Group has been served with the Notice of Removal but has not yet appeared.  ECF No. 1, 5.  The remaining parties in this action disclaimed any interest in the matter.  *See* ECF No. 1-2, 17-19, 21, 23-24; ECF No. 2; ECF No. 13.[1]

The Court, having considered the Joint Motion, and good cause appearing, hereby **ORDERS** that the Joint Motion (ECF No. 37) is hereby **GRANTED** as follows:

1. Plaintiff/Counter-Defendant Vista Verde's Motion to Dismiss (ECF No. 21) is deemed **WITHDRAWN**.

2. Plaintiff/Counter-Defendant Vista Verde (1) is excused from further participation in this case, except as ordered by the Court or as it determines necessary to defend its interests, if any remain, in the subject matter of the suit and (2) shall bear its own attorneys' fees and costs up to and including the entry of a final judgment.  Neither Lakeview nor the United States will seek to recover their attorneys' fees and/or costs from Vista Verde.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge

---

[1]  The Clerk is directed to terminate Defendants Broker Solutions, Inc., the San Diego County Department of Child Support Services, and the Otay Water District.  MCT Group is not terminated, however, because though it has not appeared, there is no indication MCT Group has affirmatively disclaimed its interest in the subject property.