UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br>Plaintiff,<br>v.<br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation; LAKEVIEW LOAN SERVICING LLC; MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; INTERNAL REVENUE SERVICE; OTAY WATER DISTRICT,<br>Defendants. | Case No.: 20-cv-02134-BEN-KSC<br><br>**ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME TO ANSWER**<br><br>[ECF No. 10] |

On November 30, 2020, Defendant Lakeview Loan Servicing LLC ("Lakeview") filed a Motion for Extension of Time to File an Answer (the "Motion") to the complaint filed by Vista Verde Master Association. ECF No. 10. Three days later, Lakeview filed a responsive pleading. *See* ECF No. 12. Accordingly, the Motion is **DENIED as moot**. Defendant's responsive pleading, however, is treated as being timely filed.

Dated: April 21, 2021

HON. ROGER T. BENITEZ
United States District Judge

1

20-CV-2134-BEN-KSC