FILED
SEP 2 6 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA VERDE MASTER ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, a Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as a nominee for BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a Corporation, LAKEVIEW LOAN SERVICING LLC, MCT GROUP, SAN DIEGO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, INTERNAL REVENUE SERVICE, OTAY WATER DISTRICT,<br><br>　　　　　Defendants. | Case No.: 20-CV-2134-BEN-KSC<br><br>**PROPOSED AMENDED ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISBURSE FUNDS** |
| UNITED STATES OF AMERICA,<br><br>　　　　　Counterclaim Plaintiff,<br><br>v.<br><br>VISTA VERDE MASTER ASSOCIATION, a California Domestic Nonprofit Corporation,<br><br>　　　　　Counterclaim Defendant, | |

1

20-CV-2134-BEN-KSC

1
2 and

3 LAKEVIEW LOAN SERVICING LLC.
       Crossclaim Defendants.
4

5

6     The United States of America moved the Court for an order disbursing the registry

7 funds, which consists of the proceeds from the sale of real property located at 1673

8 Brezar St., Chula Vista, California 91913 ("Subject Property"). The principal sum of
9
10 $878,823.05 was deposited with the Court's Registry pursuant to the April 4, 2022 Order

11 (ECF. No. 63) granting the United States' and Vista Verde Master Association's joint
12
13 motion to authorize the sale of the Subject Property.

14     Based on the United States' motion, no opposition thereto, and for good cause shown,

15 it is hereby ORDERED that:

16
17     1. The United States' Motion to Disburse Funds (ECF No. 66) is GRANTED.

18     2. The Clerk is authorized and directed to draw a check on the funds deposited in the
19
         registry of this Court in the amount of $795,030.62, plus interest from the interest-
20
21       bearing account in the above captioned case, payable to "Lakeview Loan

22       Servicing, LLC." The check shall reference Assessor's Parcel Number 644-260-

23       56-00 and *Vista Verde Master Association v. Broker Solutions, Inc. et al.*, 3:20-cv-
24
25
26
27
28

02134-BEN-KSC. The check shall be mailed to:



3. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the amount of $70,588.35, plus interest from the interest-bearing account in the above captioned case, payable to "U.S. Department of Justice." The check shall reference CMN 2021100017 and *Vista Verde Master Association v. Broker Solutions, Inc. et al.*, 3:20-cv-02134-BEN-KSC. The check shall be mailed to:



4. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the amount of $13,204.08, plus interest from the interest-bearing account in the above captioned case, payable to "Vista Verde Master Association." The check shall reference Assessor's Parcel Number 644-260-56-00 and *Vista Verde Master Association v. Broker Solutions, Inc. et al.*, 3:20-cv-02134-BEN-KSC. The check shall be mailed to:



IT IS FURTHER ORDERED that the clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest-bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

IT IS SO ORDERED.

Signed this 21st day of Sept. 2022.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE